AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| OMEOJIAKO, OBIOMA C | |

| | | | |
| --- | --- | --- | --- |
| 150 SOUTH 3RD AVE | Case No. | PE72 | 6449626 & 27 |
| | USM No. | 17-M-349 | |
| COATESVILLE, PA 19320 | PRO SE | | |
| | Defendant's Attorney | | |

**THE DEFENDANT:** OMEOJIAKO, OBIOMA C

☐ **THE DEFENDANT** pleaded guilty to count(s)     DEFENDANT WAS FOUND GUILTY :

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 38CFR 1.218(B)(11) | DISORDERLY CONDUCT | 2/23/2017 | 1 |

☑ Count(s)     2     ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
| --- | --- | --- | --- |
| **Total:** $280.00 | $ 0.00 | $ 250.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: [redacted]

Defendant's Year of Birth: [redacted]

City and State of Defendant's Residence:
COATESVILLE, PA

2/23/2017
Date of Imposition of Judgment

Signature of Judge

JACOB P. HART    U. S. MAGISTRATE JUDGE
Name and Title of Judge

MARCH 8, 2017
Date