IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 17-MJ-349 |
| | : | |
| OBIOMA OMEOJIAKO | : | |
| *Defendant, pro se* | : | |

# ORDER

**AND NOW**, this 9th day of August 2017, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the February 23, 2017 judgment of conviction by the Magistrate Judge is **AFFIRMED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*